IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL J. HENRY III, | : | Civil No. 3:24-cv-301 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| PA DEP'T OF CORR., *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this ____ day of January, 2025, upon consideration of Defendants' motion (Doc. 22) to dismiss, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 22) is **GRANTED in part** and **DENIED in part**.

2. The claims against the Pennsylvania Department of Corrections are **DISMISSED**. The Clerk of Court is directed to **TERMINATE** the Pennsylvania Department of Corrections as a Defendant in this action.

3. The motion to dismiss the redress of grievances claim, the Eighth Amendment claim, and the continuing violation doctrine claim is **GRANTED.**

4. The motion to dismiss the claims against Harry, Little, Booher, Houser, Moslak, Burd, and Heist based on lack of personal involvement is **GRANTED**. The Clerk of Court is directed to **TERMINATE** Laurel Harry, George Little, Bradley Booher, Morris Houser, Zackary Moslak, Jacqueline Burd, and T. Heist as Defendants in this action.

5. The motion is denied in all other respects.

6. The remaining Defendants, Holly Quist, Curtis Grice, Robert Williamson, Captain Bookheimer, Lieutenant Kauffman, J. Schneck, Stewart Boone, Nadine Ramirez, and Hannah Bingman-Forskey, shall **FILE** an answer to the surviving claims on or before February 13, 2025.

7. On or before February 13, 2025, the parties shall **NOTIFY** the Court of their willingness to consent to the jurisdiction of a United States Magistrate Judge. *See* 28 U.S.C. § 636(c).

8. Discovery shall be completed on or before April 23, 2025. In accordance with Local Rule of Court 5.4(b), the parties shall refrain from filing discovery requests with the Court.

9. Dispositive motions shall be filed on or before May 23, 2025.

10. No extensions of the pre-trial schedule shall be granted absent good cause. *See* FED. R. CIV. P. 16(b).

11. Any motions or briefs filed after the expiration of the applicable deadline, without prior leave of court, shall be stricken from the record.

12. The scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

13. Any appeal from this Order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge